UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 03-76-DCR |
| | ) | and |
| V. | ) | Civil Action No. 6: 05-45-DCR |
| | ) | |
| AMY LEACH, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is currently pending for consideration of Defendant/Petitioner Amy Leach's motion to vacate, set aside or correct the sentence entered in London Criminal Action No. 6: 03-76-DCR. On May 9, 2005, United States Magistrate Judge J. B. Johnson, Jr. recommended that this motion be denied. [Record No. 33] Thereafter, the Court entered an Order granting additional time to the Defendant/Petitioner to file objections to the Magistrate Judge's Report and Recommendation. However, the additional time granted has now expired and no objections have been filed. Accordingly, this matter is now ripe for review.

Being sufficiently advised, it is hereby **ORDERED** as follows:

1. The proposed Finding of Facts and Conclusions of Law contained in the Report and Recommendation filed by Magistrate Judge J. B. Johnson, Jr. are **ADOPTED** and **INCORPORATED** herein by reference.

2. The Motion to Vacate, Set Aside, or Correct the Sentence filed by Defendant/Petitioner Amy Leach is **DENIED,** with prejudice.

3. Civil Action No. 6: 05-45-DCR is hereby **DISMISSED**, with prejudice. A corresponding Judgment shall be entered this date.

4. The Defendant/Petitioner has not made a substantial showing of the denial of any constitutional right. Therefore, a certificate of appealability shall not issue with respect to any issue raised herein.

This 31st day of May, 2005.

Signed By:
*Danny C. Reeves* DCR
United States District Judge